UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br><br> Plaintiff, <br><br> v. <br><br> O-CO CONCRETE CONSTRUCTION LLC, <br><br> Defendant. <br><br><br> JP MORGAN CHASE BANK, N.A., <br><br> Garnishee. | Cause No. MC22-0077RSL <br><br> ORDER DENYING APPLICATION WITHOUT PREJUDICE |

This matter comes before the Court on an "Application for Writ of Garnishment" filed by Northwest Administrators, Inc., the judgment creditor, on September 30, 2022. Federal Rule of Civil Procedure 62(a) provides that "execution on a judgment and proceedings to enforce it are stayed for 30 days after its entry, unless the court orders otherwise." The judgment in the underlying matter was entered on September 19, 2022. The application is therefore DENIED as premature without prejudice to future efforts to enforce the judgment. The Clerk of Court is directed to close this matter.

ORDER DENYING APPLICATION
WITHOUT PREJUDICE - 1

1  Dated this 4th day of October, 2022.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER DENYING APPLICATION
WITHOUT PREJUDICE - 2